**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

| | |
|---|---|
| DELORES A JOHNSON, | CASE NO.  21-02011-5-JNC |
| | CHAPTER 13 |
| DEBTOR | |

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7

**COMES NOW** Joseph A. Bledsoe, III, Chapter 13 Trustee duly appointed to administer the instant case (the "Trustee"), and hereby OBJECTS to Proof of Claim No. 7 filed by Richmond County Tax Collector in the amount of $323.17 ("Creditor") for the following:

It appears to be a duplicate of Proof of Claim No. 2 filed by Richmond County Tax Collector in the amount of $323.17.

**WHEREFORE** the undersigned prays for an order disallowing Proof of Claim No. 7 filed by Richmond County Tax Collector in the amount of $323.17 in its entirety, and for any other relief deemed appropriate under the circumstances.  In the alternative, the Trustee requests a hearing on the matter.

This the 22nd day of November, 2021

s/Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern, NC 28563
(252) 633-0074
NC State Bar No.: 19817
Email:  chapter13@bledsoe13.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

DELORES A JOHNSON,  　　　　　　　　　　　CASE NO.  21-02011-5-JNC
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

　　　DEBTOR

**NOTICE OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7**

　　　The Chapter 13 Trustee has filed papers with the Court seeking to reduce, modify, or eliminate your claim in the above-captioned Chapter 13 proceeding.

　　　Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

　　　If you do not want the court to grant the relief sought in the objection, or if you want the Court to consider your views on the objection, then on or before **December 27, 2021**, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at: **Clerk, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602.**

　　　If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to: **Joseph A. Bledsoe, III, Chapter 13 Trustee, P.O. Box 1618, New Bern, NC 28563-1618.**

　　　If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection at a date, time and place to be later set and all parties will be notified accordingly.

　　　If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Dated:  November 22, 2021　　　　　　　　　　s/Joseph A. Bledsoe, III
　　　　　　　　　　　　　　　　　　　　　　　Joseph A. Bledsoe, III
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　PO Box 1618
　　　　　　　　　　　　　　　　　　　　　　　New Bern, NC 28563
　　　　　　　　　　　　　　　　　　　　　　　(252) 633-0074
　　　　　　　　　　　　　　　　　　　　　　　NC State Bar No.: 19817
　　　　　　　　　　　　　　　　　　　　　　　Email:  chapter13@bledsoe13.com

## CERTIFICATE OF SERVICE

I, Joseph A. Bledsoe, III, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7** and **NOTICE OF TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

| | |
|---|---|
| Travis Sasser<br>*Attorney for Debtor* | (via CM/ECF) |
| Delores A Johnson<br>136 Ponderosa Drive<br>Hamlet, NC 28345<br>*Debtor* | (via U.S. Postal Service) |
| Richmond County Tax Collector<br>Attn: Managing Agent / Bankruptcy<br>PO Box 1644<br>Rockingham, NC 28380<br>*Creditor* | (via Certified Mail) |

DATED: November 22, 2021

s/Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee
PO Box 1618
New Bern, NC 28563
(252) 633-0074
NC State Bar No.: 19817
Email: chapter13@bledsoe13.com